THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD EICKHOFF, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:19-CV-1144 |
| | : | (JUDGE MARIANI) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 24TH DAY OF APRIL, 2020**, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 11) is **ADOPTED** for the reasons discussed therein.[1]

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

                _s/ *Robert D. Mariani*_____
                Robert D. Mariani
                United States District Judge

---

[1] In adopting the R&R, the Court deems it necessary to reiterate Judge Carlson's statement that "notwithstanding the argument that th[e] evidence might have been viewed in a way which would have also supported a different finding, we are obligated to affirm [the ALJ's] ruling once we find that it is supported by substantial evidence, even where this court acting *de novo* might have reached a different conclusion" (Doc. 11, at 24-25)(internal quotation marks omitted).